RETURN RECEIPT FOR PRE-SENTENCE REPORT/SENTENCING RECOMMENDATION/VIOLATION REPORT

Case Name: USA v ROBERT LEE THOMAS, JR.

Case Number: 97-CR-30054 AND 98-CR-30015

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

*Nancy G. Vickers* (signature)
U.S. Probation office

Date: 10/7/05